IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03791-NYW-STV

ERICA ADKINS,

Plaintiff,

v.

UNIVERSITY OF DENVER.

Defendant.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

The Parties, by and through their undersigned counsel, hereby submit the following Joint Motion to Amend Scheduling Order as follows:

1. The Parties participated in a Scheduling Conference with Magistrate Judge Varholak on February 26, 2026.

2. A scheduling order was entered in this case on February 26, 2026 [Doc. 17].

3. The parties have exchanged written discovery. However, neither party has conducted depositions in this case.

4. The discovery cut-off and dispositive motions deadlines set by the scheduling order [Doc. 17] currently are as follows:

- Discovery cutoff: August 26, 2026
- Dispositive motions deadline: September 25, 2026

5. The Parties have jointly agreed that the discovery cut-off and dispositive motions

deadline in this case should be extended sixty (60) days to allow for depositions to be taken and to allow the parties to complete discovery as needed.

6. The parties respectfully request that the deadlines be extended as follows:

- Discovery cut-off deadline: October 26, 2026
- Dispositive motions deadline: November 24, 2026

7. This is the first extension of the discovery cut-off and dispositive motions deadline in this case.

8. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that a copy of this motion shall be served contemporaneously on their respective clients.

WHEREFORE the Parties respectfully request that this Court grant this motion to amend the Scheduling Order and extend the discovery cut-off and dispositive motions deadline sixty (60) days to the dates listed above.

DATED this 20th day of August, 2026.

s/ *Brian J. Lawler*
Brian J. Lawler, Esq.
Pilot Law, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
blawler@pilotlawcorp.com
*Attorney for Plaintiff*

Kevin Wilson, Esq.
Kevin Wilson Law PLLC
517 West Ormsby Ave
Louisville, KY 40203
kevin@klwilsonlaw.com
*Attorney for Plaintiff*

s/ *Max S. Spiegel*
Michael Brent Case
Max S. Spiegel
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
bcase@semplelaw.com
mspiegel@semplelaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026, a correct copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was filed and served via CM/ECF to the following:

Brian J. Lawler, Esq.
Pilot Law, P.C.
4632 Mt. Gaywas Drive
San Diego, CA 92117
blawler@pilotlawcorp.com
*Attorney for Plaintiff*

Kevin Wilson, Esq.
Kevin Wilson Law PLLC
517 West Ormsby Ave
Louisville, KY 40203
kevin@klwilsonlaw.com
*Attorney for Plaintiff*

By: *s/ Jessica Lefford*